# HOCHHEISER & HOCHHEISER, LLP

ATTORNEYS AT LAW

SUITE 1203
270 MADISON AVENUE
NEW YORK, NEW YORK 10016

(212) 689-4343

FACSIMILE
(212) 481-3424

LAWRENCE HOCHHEISER
DANIEL A. HOCHHEISER
ALAN R. INWOOD

FELISA R. HOCHHEISER
MICHAEL E. SANDE

NOAH TEITELBAUM
OF COUNSEL



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07

November 5, 2007

Hon. Richard J. Sullivan
United States District Judge
500 Pearl Street,
Chambers: room 615
New York, NY 10007-1312

**MEMO ENDORSED**

Re:  **United States v. Alex Lukov**
     **Indictment 07 Cr 850 (RJS)**

Dear Judge Sullivan:

This will record that upon my request the date of the status conference has been changed from Tuesday 13 November 2007 at 4:30 pm, to Wednesday 14 November 2007 at 4:00 pm.

This will further record my representation that AUSA Jonathan B. New consents to this change and that I have notified him by phone of your acceptance of this change.

Thank you.

Respectfully,

Lawrence Hochheiser

cc:

Jonathan B. New, AUSA
Kathrine Goldstein, AUSA
Unites States Attorney's Office
One St Andrews Plaza
New York, NY 10007

Time excluded pursuant to 18 USC 3161(h)(8)(A) to 11/14.

SO ORDERED
Dated:
RICHARD J. SULLIVAN
U.S.D.J.