```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

ALEX LUKOV,

                Defendant.

No. 07 Crim. 850 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference held before the Court on January 14, 2008, the Court adopted the following schedule:

    Jury selection and trial shall commence on March 18, 2008 at 9:30 a.m.

    The parties shall submit joint proposed voir dire questions and a joint proposed jury charge to the Court not later than March 6, 2008.

    The government shall submit to the defendant and to the Court its exhibit list and any 404(b) evidence not later than March 6, 2008.

    Motions in limine shall be filed no later than March 10, 2008.

    The Court shall conduct the final pre-trial conference in this case on Thursday March 13, 2008 at 2:30 p.m. The government shall be prepared to turn over to the defendant any material pursuant to 18 U.S.C. § 3500 at that conference.

SO ORDERED.

Dated:    January 14, 2008
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE