# HOCHHEISER & HOCHHEISER, LLP
### ATTORNEYS AT LAW

SUITE 1203
270 MADISON AVENUE
NEW YORK, NEW YORK 10016

LAWRENCE HOCHHEISER
DANIEL A. HOCHHEISER
ALAN R. INWOOD

FELISA R. HOCHHEISER
MICHAEL E. SANDE

NOAH TEITELBAUM
OF COUNSEL

(212) 689-4343

FACSIMILE
(212) 481-3424

February 19, 2008

Hon. Richard J. Sullivan
United States District Judge
500 Pearl Street,
Chambers: room 615
New York, NY 10007-1312

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/08

Re:   *United States v. Alex Lukov*
      Indictment 07 Cr 850 (RJS)

Dear Judge Sullivan:

For the reasons set forth below, and with the consent of the Government, this is a request for (approximately) a 30-day adjournment of the trial (and scheduled pre-trial matters) in this case, currently set for March 18, 2008.

AUSA Jonathan New and I are laboring to resolve this matter by settlement. We have made significant progress, meeting and discussing the evidence available to our respective cases and the positions of the parties. We have narrowed the gap between our positions on sentencing, a situation which I believe continues to improve.

Notwithstanding our progress toward resolution – and what I believe is an excellent prognosis – without the benefit of additional time, the tasks required in preparation for trial will, it seems clear to me, continue to propel us inexorably through the short pre-trial schedule currently in place and onto the certainty of a trial which both sides now believe is likely unnecessary and undesired.

AUSA New has expressly authorized me to represent to Your Honor that he consents to this request to the extent of 30 days (I would have preferred 60).

Thank you for considering this application.

*Request denied. The parties are to appear for a conference on March 3, 2008 at 3:00 pm.*

Respectfully,

Lawrence Hochheiser

cc: (by fax 212-637-0097)
Jonathan B. New, AUSA

SO ORDERED
Dated: 2/20/08
RICHARD J. SULLIVAN
U.S.D.J.