# HOCHHEISER HOCHHEISER & INWOOD LLP

### ATTORNEYS AT LAW

SUITE 1203

270 MADISON AVENUE

NEW YORK, NEW YORK 10016

(212) 689-4343

FACSIMILE
(212) 481-3424

LAWRENCE HOCHHEISER
DANIEL A. HOCHHEISER
ALAN R. INWOOD

MICHAEL E. SANDE

FELISA R. HOCHHEISER
OF COUNSEL

March 25, 2008    **MEMO ENDORSED**

Hon. Richard J. Sullivan
United States District Judge
500 Pearl Street,
Chambers: room 615
New York, NY 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

Re:    *United States v. Alex Lukov*
       **Indictment S1-07 Cr 850 (RJS)**

       **Request for extension of bail limits**

Dear Judge Sullivan:

As you directed in court – on the record, following Alex Lukov's guilty plea March 24, 2008 – I write this letter for your "So Ordered" endorsement.

Alex Lukov requests that Your Honor extend his bail limits to include the state of Florida; allowing him to travel to and from Florida without seeking prior permission, provided that he notifies AUSA Jonathan New and his Pre-trial Services officer in advance of each New York-Florida round trip of his departure date, intended location in Florida, and expected return date.

On March 24, 2008 AUSA Jonathan New informed Your Honor on the record that The Government consents the granting of this request.

Thank you for considering this application.

Respectfully,

Lawrence Hochheiser

cc: (by fax 212-637-0097)
Jonathan B. New, AUSA

SO ORDERED
Dated: 3/26/08

RICHARD J. SULLIVAN
U.S.D.J.