**HOCHHEISER HOCHHEISER & INWOOD LLP**

ATTORNEYS AT LAW

SUITE 1203
270 MADISON AVENUE
NEW YORK, NEW YORK 10016

(212) 689-4343

FACSIMILE
(212) 481-3424

LAWRENCE HOCHHEISER
DANIEL A. HOCHHEISER
ALAN R. INWOOD

MICHAEL E. SANDE

FELISA R. HOCHHEISER
OF COUNSEL

July 31, 2008

Hon. Richard J. Sullivan
United States District Judge
500 Pearl Street
New York, New York 10007

     Re: *United States v. Alex Lukov*
            **Indictment 07 Cr 850 (RJS)**

Dear Judge Sullivan:

    For the reasons set forth below, and with the consent of the Government and of the Probation Department, this is a request for (approximately) a 45-day adjournment of sentencing, currently set for August 18, 2008.

    AUSA New has expressly authorized me to represent to Your Honor that he consents to this request to the extent of 45 days (I would have preferred 60) from August 18 to October 6, 2008. Sr. Probation Officer Colleen Tyler also consents to this request.

1. Shortly after I received the draft Pre-sentence Report, prepared July 14, 2008, I met with Alex Lukov and confirmed and clarified items in the PSR about which Lukov must request changes. But these change requests require time for me to marshal certain checks and documents to support Lukov's positions.

2. When we last met (the guilty plea) I explained that time would be desired for Lukov to (a) sell the family home in Woodmere, NY and (b) find suitable residential space to rent for his family.

   Currently, Lukov has accomplished finding a buyer who has signed a contract, with a mortgage contingency, and placed down-payment money in escrow.

   Lukov is also actively looking for rental space – in both the New York and Florida markets – but, in these difficult economic and realty times, has not yet accomplished his goal.

Accordingly, I respectfully request that sentencing of Alex Lukov be adjourned until at

HOCHHEISER HOCHHEISER & INWOOD LLP

least October 6, 2008.

    Thank you for considering this application.

Respectfully,<br>
Lawrence Hochheiser

cc:
(by fax 212-637-0097)
Jonathan B. New, **AUSA**

(by fax 212-805-0047)
Colleen Tyler, Sr. PO