```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**United States of America**

-V-

**Alex Lukov**

**Defendant.**

---

Case No. 07-CR-850(RJS)

AMENDED ORDER SETTING
SENTENCE DATE

RICHARD J. SULLIVAN, District Judge:

Upon the request of the Defendant to adjourn the sentence date from August 18 to October 6 and upon the consent of the Government,

IT IS HEREBY ORDERED that the above-named defendant appear with counsel for sentence on Monday, October 6, 2008, at 4:45pm in the United States District Court for the Southern District of New York, Courtroom 21 C for sentence.

The Defendant's Pre sentence submissions shall be filed not later than September 25. Government submissions shall be filed not later than October 1.

Dated: August 7, 2008
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE