LUKOV, ALEX                                                    Docket #: S1 07-CR-850-01 (RJS)

-4-



51800/GAF/gbd

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION DEPARTMENT

*JUDICIAL RESPONSE*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-26-11
```

**THE COURT ORDERS:**

[✓]  **Transfer of Jurisdiction Approved**

[ ]  **Transfer of Jurisdiction Denied**

[ ]  **Other**

_____
_____
_____
_____

_____
Signature of Judicial Officer

4/26/11
Date